UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 16-42333

ST. JAMES NURSING & PHYSICAL                        Chapter 11
REHABILITATION CENTER, INC.,
                                                    Judge Thomas J. Tucker
        Debtor.
_____/

**ORDER REGARDING PENDING MOTIONS**

This case is before the Court on two motions:

A. The motion filed by Chiman Patel ("Patel"), entitled "Motion To Appoint A Trustee For The Investigation And Administration Of Debtor's Assets" (Docket # 188, the "Patel Motion"); and

B. The motion filed by Kevin English, Receiver ("English"), entitled "Motion Of Kevin English, Receiver Over St. James Nursing And Physical Rehabilitation Center, Inc., For Entry Of An Order (I) Abstaining From Hearing Chiman Patel's Motion To Appoint A Trustee For The Investigation And Administration Of Debtor's Assets, (II) Closing The Bankruptcy Case, And (III) Granting Related Relief" (Docket # 191, the "Abstention Motion").

Today the Court has filed a written Opinion regarding these motions. For the reasons stated by the Court in that written Opinion,

IT IS ORDERED that:

1. The Patel Motion is denied, for lack of subject matter jurisdiction.

2. The Abstention Motion is denied, as moot.

3. To the extent the Abstention Motion seeks an award of attorney fees and costs against Patel, that relief is denied, without prejudice to any right English may have to seek such relief in the Receivership Case (described in Part III.H of the written Opinion filed today), or in any other

appropriate non-bankruptcy case and non-bankruptcy court.

    This bankruptcy case now will be closed once again.

**Signed on October 14, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**